UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BROWSERSTACK, INC.,<br><br>    Defendant. | Case No.21-cv-08124-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for February 1, 2022 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due January 28, 2022 by 5:00 P.M.

Dated: November 1, 2021

                                                Kathleen M Shambaugh (Acting)
                                                Acting Clerk of Court, United States District Court

                                                By: _____
                                                Mauriona Lee, Deputy Clerk to the
                                                Honorable JON S. TIGAR
                                                510-637-3530