DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
KELSEY MIDDLETON (SBN 332884)
KMiddleton@goodwinlaw.com
**GOODWIN PROCTER** LLP
3 Embarcadero Center
San Francisco, CA 94111
Tel.: +1 415 733 6068
Fax: +1 415 358 5622

Attorneys for Defendant *BrowserStack, Inc.*

BENJAMIN L. SINGER (SBN 264295)
bsinger@singercashman.com
EVAN BUDAJ (SBN 271213)
ebudaj@singercashman.com
**SINGER CASHMAN LLP**
505 Montgomery Street, Suite 1100
San Francisco, California 94111
Tel.: +1 415 500 6080
Fax:  +1 415 500 6080

Attorneys for Plaintiff *Software Research, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., | Case No. 4:21-cv-08124-JST |
| Plaintiff, | Assigned to Hon. Jon S. Tigar |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PROCEEDINGS AND APPLICABLE DEADLINES PENDING COMPLETION OF SETTLEMENT NEGOTIATIONS** |
| BROWSERSTACK, INC., | |
| Defendant. | |

1    Plaintiff Software Research, Inc. ("SRI") and Defendant BrowserStack, Inc.

2  ("BrowserStack"), by and through their respective counsel, hereby respectfully

3  stipulate and move this Court to continue the above-captioned case, including any

4  and all deadlines on the Court's Docket, for thirty (30) days in order to provide the

5  parties early opportunity to explore settlement; with the exception that

6  BrowserStack's deadline to respond to the Complaint, currently set for January 31,

7  2022, shall not be changed.  A proposed Order is attached.

8

9  Dated:      January 11, 2022              Respectfully submitted,

10

11                                          By:/s/ *Darryl M. Woo*
                                            DARRYL M. WOO (SBN 100513)
12                                          *DWoo@goodwinlaw.com*
                                            KELSEY MIDDLETON (SBN
13                                          332884)
                                            *KMiddleton@goodwinlaw.com*
14                                          **GOODWIN PROCTER** LLP

15                                          Attorneys for Defendant
                                            *BrowserStack, Inc.*
16

17  Dated:      January 11, 2022              By:/s/ *Evan Budaj*
                                            BENJAMIN L. SINGER
18                                          *bsinger@singercashman.com*
                                            EVAN BUDAJ
19                                          *ebudaj@singercashman.com*
                                            **SINGER CASHMAN LLP**
20                                          505 Montgomery Street, Suite 1100
                                            San Francisco, California 94111
21                                          Tel.: +1 415 500 6080
                                            Fax: +1 415 500 6080
22

23                                          Attorneys for Plaintiff *Software
                                            Research, Inc.*
24

25

26

27

28

STIPULATION TO CONTINUE PROCEEDINGS                          CASE NO. 4:21-CV-08124-JST

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(h)(3), that I obtained the concurrence in the filing of this document from the signatory indicated by the conformed signature (/s/) of Evan Budaj.


Dated:    January 11, 2022                    /s/    *Darryl M. Woo*
                                                            Darryl M. Woo

STIPULATION TO CONTINUE PROCEEDINGS                                    CASE NO. 4:21-cv-08124-JST

1

## [PROPOSED] ORDER

Having considered the stipulation of the Parties, and for good cause shown, the Court hereby orders all proceedings and applicable deadlines in this matter be continued by thirty (30) days, with the exception that BrowserStack's deadline to respond to the Complaint, currently set for January 31, 2022, shall not be changed.

**IT IS SO ORDERED**.

Dated:    January 13, 2022

_____
HON. JON S. TIGAR
U. S. DISTRICT COURT JUDGE

4