UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFTWARE RESEARCH, INC., | Case No. 21-cv-08124-JST |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| BROWSERSTACK, INC., | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings[1] | June 1, 2022 |
| Mediation deadline | June 1, 2022 |
| Claim construction discovery cut-off | August 31, 2022 |
| Claim construction opening brief | September 22, 2022 |
| Claim construction responsive brief | October 13, 2022 |
| Claim construction reply brief | October 27, 2022 |
| Tutorial | November 7, 2022 at 2:00 p.m. |
| Claim construction hearing | December 5, 2022 at 1:30 p.m. |

[1] After this deadline, a party may still seek amendment, but must demonstrate good cause. Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

1       This case is referred to private mediation.

2       Counsel may not modify these dates without leave of court.  The parties shall comply with

3   the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

4       The parties shall meet and confer regarding the format, scope, and content of both the

5   tutorial and the claim construction hearing, including but not limited to the permissible subjects of

6   discussion at each, whether experts will testify, and what audio-visual equipment, if any, will be

7   needed by the parties.  They also shall exchange copies of any audio-visual material at least **ten**

8   **court days** before they intend to use it in court, and shall bring any disputes regarding the format,

9   scope, or content of any tutorial or hearing to the Court's attention at least **five court days** before

10  the tutorial or hearing.  The Court will deem as waived any objection raised less than five court

11  days before the tutorial or hearing.  The parties shall lodge hard copies of their presentation

12  materials with the Court on the day of the tutorial or claim construction hearing.

13      The Court will reserve no more than ninety minutes on its calendar for the tutorial,

14  including a brief recess.  The tutorial will not be reported by a court reporter.

15      At claim construction, the Court will construe only the terms the parties identify in their

16  Joint Claim Construction and Prehearing Statement as "most significant to the resolution of the

17  case up to a maximum of 10."  Patent Local Rule 4-3(c).  The Court will reserve no more than two

18  hours on  its calendar for the claim construction hearing, including a brief recess.  The Court

19  prefers that the parties proceed term-by-term, with each party providing its views on each term

20  before moving on to the next.  The Court's use of time limits means that the parties may not have

21  the opportunity to present oral argument on every term they have submitted for construction, and

22  the parties should prioritize their presentations accordingly.

23      The parties must take all necessary steps to conduct discovery, compel discovery, hire

24  counsel, retain experts, and manage their calendars so that they can complete discovery in a timely

25  / / /

26  / / /

27  / / /

28  / / /

United States District Court
Northern District of California

1    manner and appear on the noticed and scheduled dates.  All counsel must arrange their calendars

2    to accommodate these dates, or arrange to substitute or associate in counsel who can.

3       **IT IS SO ORDERED.**

4    Dated:  March 1, 2022



5                            JON S. TIGAR
6                       United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California